UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

REGINALD ELLISON                            NO. 11-151-JJB-SCR

## RULING ON MOTION TO STRIKE

Before the Court is the defendant's Motion to Strike United States of America's Post-Hearing Brief (R. Doc. 102). No opposition was filed.

An evidentiary hearing was held in connection with the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. At the conclusion of the hearing, the Court heard oral argument and ordered that post-hearing memoranda be filed by October 31, 2014. Defendant filed a post-hearing memorandum on October 31, 2014. The United States, however, did not file a post-hearing memorandum until three weeks later, on November 21, 2014. The United States did not seek leave of Court to submit the late-filed memorandum and did not offer any justification or explanation for the late filing.

Although the Court does not condone the untimely filing of the government's post-hearing memorandum, the defendant offered nothing to suggest that he was prejudiced in any way by the late filing.

Accordingly, in the interest of justice and in the exercise of the Court's discretion, the defendant's Motion to Strike United

States of America's Post-Hearing Brief is DENIED.

Baton Rouge, Louisiana, December 21, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE