UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

REGINALD ELLISON

CRIMINAL ACTION

NO. 11-151-JJB-EWD

**RULING**

The court has carefully considered defendant's motion to vacate, the government's opposition thereto, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes, dated February 28, 2017 (doc. no. 106). The petitioner has filed an objection to the Report which essentially makes the same arguments and lacks merit.

The court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is DENIED. Further, in the event that Petitioner seeks to appeal the Court's Ruling, a certificate of appealability is DENIED for the reasons set forth in the Report and Recommendation.

Baton Rouge, Louisiana, this 30th day of March, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA